IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA

v.

**DEVONTAE DURDEN**

NO.  3:17-CR-33-001(CAR)

## **ORDER**

For good and sufficient cause made known to the Court, the Petition for Warrant or Summons for Offender Under Supervision (Doc. 77) filed June 3, 2025, is hereby **DISMISSED**.

SO ORDERED this **27** day of **May**, 2026.

_____
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE

Prepared by: AMM